**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA**

**CASE NO. 5:26-cv-00581-JSM-PRL**

SHEYNAY SARAUW,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.
________________________________/

**NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTION upon each party no later than fourteen days after appearance of the party.

DATED: August 19, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

**CERTIFICATION OF COMPLIANCE WITH RULE 11**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11.

I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

By: */s/ Jason Daniel Joffe*
Jason Daniel Joffe

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe